RE: Schulte v. Baysore, 25-CV-02069-RTG

Judge Gurley,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 15 2025
JEFFREY P. COLWELL
CLERK

I write the court to request by ~~letter~~ motion an order directing the ADX to restore my access to the law library and my work product for this case in accordance with the Constitution.

On Thursday, November 13, 2025, the ADX retaliated against me for filing the instant case by removing my access to the law library and my electronic discovery (which also contains work product and relevant documents for this case). I immediately filed a BP-8 and several copouts to the Legal Department and Warden.

On Tuesday, November 18, 2025, during executive rounds I spoke with the Warden about this retaliation. She explained that "this is the ADX" and that she is the Warden, and may do as she pleases. I calmly explained that the Constitution guarantees me the right to access the courts and due process prohibits singling out individuals or retaliation for engaging in civil litigation; I also explained there would be no alternative to these accesses as she had said I could request cases printed — which is beside the point as you can't know what to print until you research and find the applicable cases, not to mention the rules, regulations, and laws that are not known until found. She told me she would discuss with legal and get back to me.

Finally, today, Tuesday, November 25, 2025, she confirmed that I could access no computers or electronics — including the law library and my work product — under the new purported guise of "security reasons"; the magic words to violate the Constitution for any federal agency.

The absurdity and blatant attempts to retaliate against me are abundantly clear. Never, in my time in the BOP or ADX has this ever happened to me or anyone else; the Counselor, tech, and attorney also all confirmed that they've never seen this in the entirety of their careers. I can no longer engage in litigation or effectively represent myself and my claims.

It is ~~demonstrated~~ well established that prisoners have a constitutional right to access the courts. Bounds v. Smith, 430 U.S. 817, 821 (1977). "The right of access to the courts requires that prisoners defending against criminal charges or convictions (either directly or collaterally) or challenging the conditions of their confinement.... not be impeded from presenting those defenses and claims for formal adjudication by a court." Bourdon v. Loughren, 386 F.3d 88, 96 (2d Cir. 2004).
[Note: I am also on direct appeal of my false convictions]

Moreover, Due Process is also implicated as I am singled out and retaliated against. Both procedural due process — there was no hearing, conviction, or any process whatsoever — and substantive due process — it truly shocks the conscience that one individual is banned from his discovery and the law library — are violated.

Accordingly, this Court should order the ADX to return my accesses to the law library and discovery computers as all other inmates possess.

11/25/2025

Respectfully Submitted,
Josh Schulte

Name: Joshua Schulte
Reg No: 79471054
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

cm-75-202

DENVER CO 802
11 DEC 2025 PM 6 L

ATTN: Schulte v. Baysore, 25-CV-02064-RTG
Pro Se Intake Office
Alfred A. Arraj Courthouse
901 14th Street, Room A105
Denver, CO 80294-3589