IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02069-LTB-RTG

JOSHUA ADAM SCHULTE,

    Petitioner,

v.

BAYSORE, ADX Warden,

    Respondent.

---

MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

    On December 15, 2025, Petitioner submitted a letter/motion (ECF No. 26). To the extent Petitioner requests an extension of time to respond and/or file objections to the December 1, 2025 Recommendation of United States Magistrate Judge (ECF No. 25), his request will be **granted.** Petitioner will have an additional **fourteen (14) days** from the date of this minute order to file specific written objections to the Recommendation.

    DATED: December 17, 2025