RE: Schulte v. Baysore, 25-CV-02064

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 12 2026
JEFFREY P. COLWELL
CLERK

Judge Gurley,

I received your order regarding my motion, Dkt. 26, dated 12/17 today 12/30/25.

My Motion, Dkt. 26, was a request to restore my access to the law library, not a request for an extension; I had not even received your Recommendation of dismissal at the time it was filed. I subsequently filed my objection before the deadline, though it was likely delayed by BOP review.

This court should review and rule on my motion directing the ADX to restore law library access, Dkt. 26.

I cannot even file a motion or objection to your report without access to a law library guaranteed by my right of access to the courts. The ADX retaliated against me for filing this complaint by revoking all my accesses to the law library, discovery computer, and all electronics. This is clearly unlawful, and until it is remedied your recommendation must be stayed — while I have no access to the courts, I cannot engage in litigation.

12/30/25

Josh Schulte, plaintiff

Name: Schulte, Joshua
Reg No: 79471-054
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

cm-26-002

DENVER CO 802
10 JAN 2026 PM 7 L

0294-250151

ATTN: Schulte v. Baysore, 25-CV-02069
U.S. District Court of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294-3589